Marc G. Wilhelm, ABA No. 8406054
Rebecca A. Lindemann, ABA No. 1309051
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
mwilhelm@richmondquinn.com
rlindemann@richmondquinn.com

Attorneys for Plaintiff
Associated Indemnity Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATED INDEMNITY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WILSON BROTHERS DISTRIBUTING CO., INC., LYNDEN, INCORPORATED, VALDEZ TERMINAL, LLC, and ZASTROW ENTERPRISES, INC.,<br><br>    Defendants. | Case No. 3:15-cv-00101-HRH |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff, Associated Indemnity Corporation, and defendants Wilson Brothers Distributing Co., Inc., Lynden Incorporated, and Valdez Terminal,

LLC,[1] by and through counsel, and pursuant to Federal Rule of Civil Procedure 41, stipulate to the dismissal of this matter with prejudice, each side to bear its own costs and attorney's fees.

DATED this 29th day of December 2016.

RICHMOND & QUINN

By /s/ Rebecca A. Lindemann
Rebecca A. Lindemann
Alaska Bar No. 1309051
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Plaintiff
Associated Indemnity Corporation

---

[1] A default was previously entered against defendant Zastrow Enterprises. Docket Entry No. 34.

Stipulation for Dismissal with Prejudice
Associated Indemnity Corp. v. Wilson Brothers Distributing, et al., Case No. 3:15-cv-00101-HRH
Page 2 of 4

KENNETH D. ALBERTSEN

By /s/ Kenneth D. Albertsen
   Kenneth D. Albertsen
   Alaska Bar No. 9211064
   P.O. Box 4368
   Palmer, AK 99645
   Ph: (907) 746-4466
   Fax: (907) 746-7700
   attorney@mtaonline.net

   Attorney for Defendant
   Wilson Brothers Distributing Co., Inc.

CARNEY BADLEY SPELLMAN, P.S.

By /s/ C. Scott Penner
   C. Scott Penner
   Alaska Bar No. 1409068
   701 5th Avenue, Suite 3600
   Seattle, WA 98104
   Ph: (206) 622-8020
   Fax: (206) 467-8215
   penner@carneylaw.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Stipulation for Dismissal with Prejudice
Associated Indemnity Corp. v. Wilson Brothers Distributing, et al., Case No. 3:15-cv-00101-HRH
Page 3 of 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

WALKER & EAKES, LLC

By /s/ Timothy W. Bowman
   Timothy W. Bowman
   Alaska Bar No. 0905012
   329 F Street, Suite 200
   Anchorage, AK 99501
   Ph: (907) 272-9255
   Fax: (907) 272-9256
   timothy@walkereakes.com

   Attorneys for Lynden Incorporated and Valdez Terminal, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of December 2016, a copy of the foregoing was served electronically on the following:

C. Scott Penner
Email: penner@carneylaw.com

Timothy W. Bowman
Email: timothy@walkereakes.com

Kenneth D. Albertsen
Email: attorney@mtaonline.net


/s/ Rebecca A. Lindemann
RICHMOND & QUINN

I:\108\607\PLD\STIPULATION FOR DISMISSAL.doc

Stipulation for Dismissal with Prejudice
Associated Indemnity Corp. v. Wilson Brothers Distributing, et al., Case No. 3:15-cv-00101-HRH
Page 4 of 4