IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ASSOCIATED INDEMNITY )
CORPORATION, )
 )
      Plaintiff, )
 )
 vs. )
 )
WILSON BROTHERS DISTRIBUTING )
CO., INC., et al., ) No. 3:15-cv-0101-HRH
 )
      Defendants. )
_____)

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed December 29, 2016, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED this  3rd  day of January, 2017.

              /s/ H. Russel Holland
              United States District Judge

---

[1]Docket No. 43.